03-CR-05493-INFO

FILED _____ LODGED
_____ RECEIVED

AUG 05 2003

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR03-5493 KLS |
| Plaintiff, | |
| v. | INFORMATION |
| MARCI BALLEW, | (Misdemeanor) |
| Defendant. | |

The United States Attorney charges that:

## COUNT I

(False Entry in Labor Union Records)

On or about between December 1998, and October 2000, at Olympia, within the Western District of Washington, MARCI BALLEW, while employed as the Administrative Executive Director of Washington State Building and Construction Trades Council, Olympia, Washington, a labor organization engaged in an industry affecting commerce, did knowingly and willfully make false entries in books, records, reports, and statements of Washington State Building and Construction Trades Council, required to be kept by Sections 436 and 431 of Title 29, United States Code, that is, after receiving permission to make a single personal purchase using a "Pitneyworks" union credit card on the condition that she immediately pay the credit card bill, MARCI BALLEW, without authorization, used the "Pitneyworks" union credit card to make 91

1  additional personal purchases totaling approximately $13,000, and, without making any
2  payments on the principal, thereafter listed her personal purchases in the union books, records,
3  and reports, as expenses of the union.
4  　　All in violation of Title 29, United States Code, Sections 402(i) and (j) and 439(c).
5  　　DATED this ___ day of August, 2003.

JOHN McKAY
United States Attorney

FLOYD G. SHORT
Assistant United States Attorney

ARLEN R. STORM
Assistant United States Attorney